United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 18-23838-VZ
Sarah Jane Care                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: statumC            Page 1 of 2              Date Rcvd: Nov 28, 2018
                             Form ID: 309A            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2018.
```
db            +Sarah Jane Care,    1791 N. Beverly Glen Blvd.,    Los Angeles, CA 90077-2726
39222450      +Ad Astra Recovery Services,    7330 W. 33rd St.N. #118,    Wichita, KS 67205-9370
39222453      +California Tax Franchise Board,    P.O. Box 942840,    Sacramento, CA 94284-0001
39222461      +DTC,    P.O. Box 406,    Farmingdale, NY 11735-0406
39222462      +Eyed LA Optometry,    12222 Wilshire Blvd,    Los Angeles, CA 90025-1173
39222465     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings,    500 E 60th St N,    Sioux Falls, SD 57104)
39222463       First National Bank,    500 E. 60th St N,    Sioux Falls, SD 57104-0478
39222466      +Hunt & Henriques,    151 Bernal Rd., Ste. 8,    San Jose, CA 95119-1491
39222469      +Los Angeles County Sheriff's,    Civil Division - Levying Officer,    300 E. Olive, Room 104,
                Burbank, CA 91502-1215
39222474      +Midland Funding LLC,    10601-G Tierrasanta Blvd. ,#4540,    San Diego, CA 92124-2616
39222475      #Monarch Recovery Management, INC,    P.O. Box 21089,    Philadelphia, PA 19114-0589
39222476      +NCB Management Services, Inc.,    1 Allied Dr #DT,    Feasterville Trevose, PA 19053-6945
39222477      +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
39222478      +OCS Recovery,    PO BOX 87,    Lake Elsinore, CA 92531-0087
39222480      +Sheriff's Department - LA County,    110 N. Grand Ave. Rm 525,    Los Angeles, CA 90012-3014
39222481       Southern California Gas,    P.O. Box C,    Ontario, CA 91758-5111
39222483      +Superior Court of CA - Los Angeles,    9425 Penfield Ave.,    Chatsworth, CA 91311-6516
39222482      +Superior Court of CA - Los Angeles,    Stanley Mosk Courthouse,    111 N. Hill St.,
                Los Angeles, CA 90012-3115
39222485      +Transworld Agency, Inc.,    500 Virgina Dr Suite 514,    Fort Washington, PA 19034-2707
39222488      +Verve/Mastercard,    PO Box 31292,    Tampa, FL 33631-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: info@wajdalawgroup.com Nov 29 2018 03:37:45     Nicholas M Wajda,
                Wajda Law Group APC,    11400 W Olympic Blvd Ste 200,    Los Angeles, CA 90064
tr            +E-mail/Text: ewolkowitz@iq7technology.com Nov 29 2018 03:39:03     Edward M Wolkowitz (TR),
                Levene Neale Bender Yoo & Brill LLP,    800 South Figueroa Street, Suite 1260,
                Los Angeles, CA 90017-2581
smg            EDI: EDD.COM Nov 29 2018 08:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Nov 29 2018 08:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA  95812-2952
smg            E-mail/Text: finance.bankruptcy@lacity.org Nov 29 2018 03:37:54     Los Angeles City Clerk,
                P.O. Box 53200,    Los Angeles, CA  90053-0200
39222451       EDI: AFNIRECOVERY.COM Nov 29 2018 08:23:00      Afni, Inc,    P.O. Box 3427,
                Bloomington, IL 61702-3427
39222452      +EDI: BMW.COM Nov 29 2018 08:24:00      BMW Financial Services,    P.O. Box 2071996,
                5550 Britten Pkwy,    Hilliard, OH 43026-7456
39222454      +EDI: CAPITALONE.COM Nov 29 2018 08:24:00      Capital One, N.A.,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
39222455       E-mail/Text: jessicajones@cpcrecovery.com Nov 29 2018 03:38:44     Central Portfolio Control,
                6640 Shady Oak Rd. #300,    Eden Prairie, MN 55344-7710
39222456       EDI: CITICORP.COM Nov 29 2018 08:24:00      Citibank,    Centralized Correspondence,
                P.O. Box 6077,    Sioux Falls, SD 57117-6077
39222458      +EDI: CONVERGENT.COM Nov 29 2018 08:23:00      Convergent Outsourcing Inc.,    800 SW 39th St.,
                Renton, WA 98057-4927
39222457      +EDI: CONVERGENT.COM Nov 29 2018 08:23:00      Convergent Outsourcing Inc.,
                10750 Hammerly Blvd., #200,    Houston, TX 77043-2317
39222459      +EDI: CCS.COM Nov 29 2018 08:23:00      Credit Collection Services,    2 Wells Ave.,
                Newton Center, MA 02459-3246
39222460      +EDI: CREDPROT.COM Nov 29 2018 08:23:00      Credit Protection Association, LP,    13355 Noel Rd.,
                Dallas, TX 75240-6837
39222464      +EDI: AMINFOFP.COM Nov 29 2018 08:23:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
39222467       EDI: IRS.COM Nov 29 2018 08:24:00      Internal Revenue Service,    P.O. Box 7704,
                San Francisco, CA 94120
39222470      +EDI: RESURGENT.COM Nov 29 2018 08:24:00      LVNV Funding, LLC,    P.O. Box 10497,
                Greenville, SC 29603-0497
39222468      +E-mail/Text: BK@lendup.com Nov 29 2018 03:38:49     Lend Up,    237 Kearny St #372,
                San Francisco, CA 94108-4502
39222471      +EDI: MID8.COM Nov 29 2018 08:23:00      MCM,    2365 Northside Dr. #300,
                San Diego, CA 92108-2709
39222473      +EDI: MID8.COM Nov 29 2018 08:23:00      MIdland Funding,    2365 Northside Dr. #300,
                San Diego, CA 92108-2709
39222472      +EDI: MERRICKBANK.COM Nov 29 2018 08:23:00      Merrick Bank,    10705 S Jordan GTWY Ste 200,
                South Jordan, UT 84095-3977
39222479       EDI: DRIV.COM Nov 29 2018 08:23:00      Santander Consumer,    P.O. Box 660633,
                Dallas, TX 75266-0633
39222484       EDI: RMSC.COM Nov 29 2018 08:24:00      Synchrony Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
39222486      +E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2018 03:38:50     Transworld Systems, Inc.,
                507 Prudential Rd.,    Horsham, PA 19044-2308
```

```
District/off: 0973-2          User: statumC          Page 2 of 2          Date Rcvd: Nov 28, 2018
                              Form ID: 309A          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
39222487        +EDI: VERIZONCOMB.COM Nov 29 2018 08:23:00      Verizon Wireless,   P.O. Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                       TOTAL: 25
```

***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2018 at the address(es) listed below:
              Edward M Wolkowitz (TR)    emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com
              Nicholas M Wajda   on behalf of Debtor Sarah Jane Care info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                        TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sarah Jane Care** | Social Security number or ITIN **xxx–xx–3490** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter **7**  **11/27/18** |
| Case number: | **2:18-bk-23838-VZ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sarah Jane Care | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1791 N. Beverly Glen Blvd. Los Angeles, CA 90077 | | |
| 4. | **Debtor's attorney** Name and address | Nicholas M Wajda Wajda Law Group APC 11400 W Olympic Blvd Ste 200 Los Angeles, CA 90064 | | Contact phone 310-997-0471 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Edward M Wolkowitz (TR) Levene Neale Bender Yoo & Brill LLP 800 South Figueroa Street, Suite 1260 Los Angeles, CA 90017 | | Contact phone (310) 229-3367 Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                      page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours Open: 9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 11/28/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 2, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**915 Wilshire Blvd., 10th Floor, Meeting Room 4, Los Angeles, CA 90017** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/4/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page 3